IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BJORN CHRISTIAN LUSTER,

     Petitioner,

                                           Case No. 18-cv-468-wmc

   v.

BRENDA MORT,

     Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying

petitioner Bjorn Christian Luster's petition for a writ of habeas corpus under

28 U.S.C. § 2241 and dismissing this case.

| /s/ | 5/7/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

It appearing that there is no just reason for delay, I direct that this final
judgment be entered.